SCWC-14-0001134

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

U.S. BANK N.A. IN ITS CAPACITY AS TRUSTEE FOR THE REGISTERED
HOLDERS OF MASTR ASSET BACKED SECURITIES TRUST 2005-NC1,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-NC1,
Respondent/Plaintiff-Appellee,

vs.

JOSEPH KEAOULA MATTOS, CHANELLE LEOLA MENESES,
Petitioners/Defendants-Appellants,

and

CITIFINANCIAL, INC., ASSOCIATION OF APARTMENT OWNERS OF
TERRAZA/CORTEBELLA/LAS BRISAS/TIBURON,
EWA BY GENTRY COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001134; CIV. NO. 11-1-1539)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants-Appellants Joseph Keaoula

Mattos and Chanelle Leola Meneses' application for writ of

certiorari filed on May 9, 2016, is hereby accepted and will be

scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, June 23, 2016.

Gary Victor Dubin
and Frederick J. Arensmeyer
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson